IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

No. 7:01-CV-36-BO(1)

NORTH CAROLINA SHELLFISH )
GROWERS ASS'N AND NORTH )
CAROLINA COASTAL FEDERATION, )
       Plaintiffs, )
                   )   MOTION TO INTERVENE TO
                   )   DEFEND THE CONSTITUTIONALITY
       v.             )   OF 33 U.S.C. § 1365
                   )
HOLLY RIDGE ASSOCIATES, )
L.L.C.,  Defendant )
                   )
                   )

FILED
AUG. 15 2001
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY DEP. CLERK

## MOTION OF THE UNITED STATES TO INTERVENE AS OF RIGHT TO DEFEND THE CONSTITUTIONALITY OF 33 U.S.C. § 1365

The United States of America hereby moves, pursuant to 28 U.S.C. § 2403, to intervene as of right for the purpose of defending the constitutionality of 33 U.S.C. § 1365. The grounds for this motion are as follows:

1. 33 U.S.C. § 1365 is a provision of the Clean Water Act that authorizes private citizens to bring civil suits to redress ongoing violations of the Act.

2. This is a citizen suit in which plaintiffs, the North Carolina Shellfish Growers Association and the North Carolina Coastal Federation, aver that dredging and construction activities conducted by defendant on its property have led to violations of the Clean Water Act, including the Act's provisions relating to discharges without a permit, water quality standards for wetlands,

turbidity, settleable solids, and fecal coliform bacteria, and placement of dredged and fill material in waters of the United States without a permit.  33 U.S.C. §§ 1311, 1342, 1344. Defendants have asserted that 33 U.S.C. § 1365 violates the Appointments, Vesting, Take Care, and due process clauses of the Constitution.

3.   Under 28 U.S.C. § 2403, when the constitutionality of an Act of Congress is drawn into question in a case to which the United States is not a party, the court hearing the case "shall certify such fact to the Attorney General."  The Court provided such notice to the Attorney General.  The United States now intervenes to defend the constitutionality of the challenged statute.

4.   Section 2403 provides that the courts "shall permit the United States to intervene for presentation of evidence * * * and for argument on the question of constitutionality," and that the United States "shall, subject to the applicable provisions of law, have all of the rights of a party * * * to the extent necessary for a proper presentation of the facts and law relating to the question of constitutionality." The United States wishes to exercise its right under 28 U.S.C. § 2403 to intervene to defend the constitutionality of section 1365.  As an intervener, the United States wishes to brief and argue the constitutional issues raised by defendant; the United States believes that its participation as an intervener will assist the Court in the ultimate resolution of these issues.

2

6. The United States' brief addressing the merits of the constitutional issues is filed with this motion.

For the foregoing reasons, the United States moves to intervene as of right for the purpose of defending the constitutionality of 33 U.S.C. § 1365

Respectfully submitted, this 15th day of August, 2001.

JOHN C. CRUDEN
Acting Assistant Attorney General

*for* R. JUSTIN SMITH
Policy, Legislation and Special
Litigation Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 4390
Ben Franklin Station
Washington, DC  20044-4390
Telephone:  (202)  514-9369
Facsimile:  (202)  514-4231

JOHN STUART BRUCE
United States Attorney

BY: R. A. RENFER, JR.
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919)  856-4530
Facsimile: (919)  856-4821

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing MOTION OF THE UNITED STATES TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF 33 U.S.C. § 1365 on the following by mailing the same, first class postage prepaid, this 15th day of August 2001:

Craig Bromby
Hunton & Williams
P. O. Box 109
Raleigh, NC 27602

George W. House
Brooks, Pierces, McLendon,
 Humphrey & Leonard, L.L.P.
P. O. Box 26000
Greensboro, NC 27420-6000

Donnell Van Noppen III
Southern Environmental Law Center
200 W. Franklin Street, Suite 330
Chapel Hill, NC 27516-2520

_____
Assistant United States Attorney