IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:01-CV-36-BO (3)

| | |
|---|---|
| NORTH CAROLINA SHELLFISH GROWERS ASSOCIATION and NORTH CAROLINA COASTAL FEDERATION, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff in Intervention, <br><br> v. <br><br> HOLLY RIDGE ASSOCIATES, L.L.C., And JOHN A. ELMORE, <br><br> Defendants, | ORDER |

Upon motion duly made by Defendants and upon no objection by Plaintiffs and Intervenor Plaintiff the Consent Order entered in this matter on October 19, 2004, is terminated.

IT IS SO ORDERED.

Dated and entered this 20 day of February, 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE